AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-TP-80017-DMM |
| LEV PARNAS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LEV PARNAS.

Date:   04/22/2025

/s/ David Aronberg
*Attorney's signature*

David Aronberg (90565)
*Printed name and bar number*

Dave Aronberg Law, P.A.
515 N. Flagler Drive, Suite 402
West Palm Beach, FL 33401
*Address*

dave@davearonberglaw.com
*E-mail address*

(561) 765-5555
*Telephone number*

*FAX number*