UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | Case No: 23-TP-80017-DMM |
| | ) | |
| v. | ) | |
| | ) | |
| Lev Parnas, | ) | |
|     Defendant. | ) | |
|                      / | ) | |

**NOTICE OF CHANGE OF E-MAIL ADDRESS**

PLEASE TAKE NOTICE that David A. Aronberg, Esq. who is duly admitted to practice before this Court, hereby notifies the Court and all listed parties that the primary e-mail address for counsel has been modified to:

dave@davearonberglaw.com

Please forward copies of all future pleadings and correspondence to the undersigned at this e-mail account.

Dated: April 25, 2025                                                                 Respectfully submitted,

                                                                          By: /s/ David A. Aronberg
                                                                          David A. Aronberg, Esq.
                                                                          Florida Bar No. 90565
                                                                          Dave Aronberg Law, P.A.
                                                                          515 N. Flagler Drive Ste. 402
                                                                          West Palm Beach, FL 33401
                                                                          (561)-765-5555
                                                                          dave@davearonberglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically via CM/ECF on April 25, 2025.

By: /s/ David A. Aronberg
David A. Aronberg, Esq.