UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   23-80017-TP-MIDDLEBROOKS

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

LEV PARNAS,

     Defendant.

_____/

## FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** is before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on June 5, 2025. Defendant admits to the violations listed in the Petition. (DE 2).   The Court finds that the Defendant has violated the terms and conditions of supervised release. After hearing from the parties and the Court being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REINSTATED** with all original conditions imposed and the following additional special conditions:

1. The Defendant shall make his restitution payments by the 10th day of each month for the preceding month.

2. The Defendant shall notify his U.S. Probation Officer via email within 48 hours of any travel outside the Southern District of Florida.

3. All previously imposed conditions of supervision remain in full force and effect.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of June 2025.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record
      U.S. Probation